[No. 4193-1.     Division One.     January 24, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. ROOSEVELT BANKSTON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 72477, Janice Niemi, J., entered October 9, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4284-1.     Division One.     January 24, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. ODIN T. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 5598, Frank L. Price, J., entered April 4, 1975. *Affirmed* by unpublished opinion per James, J., concurred in by Williams and Callow, JJ.

[No. 4552-1.     Division One.     January 24, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID HARRY MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 74976, Herbert M. Stephens, J., entered March 9, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 1892-2.     Division Two.     January 24, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN TRADER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 65621, John H. Kirkwood, J., entered May 16, 1975. *Affirmed* by unpublished opinion per Johnson, J. Pro Tem., concurred in by Reed, A.C.J., and Hamilton, J. Pro Tem.